IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EPI HEALTH, LLC and ALLERGAN, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TARO PHARMACEUTICALS, INC., ) <br> ) <br> Defendant. ) | C.A. No. 19-1910 (CFC) |

### STIPULATION AND ORDER OF DISMISSAL

Plaintiffs EPI Health, LLC and Allergan, Inc., and Defendant Taro Pharmaceuticals, Inc. ("Taro"), by their respective undersigned counsel, hereby STIPULATE and AGREE as follows:

1. All claims and counterclaims, defenses, motions and petitions asserted in this Action are dismissed without prejudice;

2. Each party shall bear its own costs and attorneys' fees with respect to the matters dismissed hereby;

3. The parties each expressly waive any right to appeal or otherwise move for relief from this Stipulation and Order;

4. This Court retains jurisdiction over the parties for purposes of enforcing this Stipulation and Order; and

5. This Stipulation and Order shall finally resolve the Action between the parties.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| /s/ *Jeremy A. Tigan* | /s/ *Robert M. Vrana* |
| Jack B. Blumenfeld (#1014) | Adam W. Poff (#3990) |
| Jeremy A. Tigan (#5239) | Robert M. Vrana (#5666) |
| 1201 North Market Street | Rodney Square |
| P.O. Box 1347 | 1000 North King Street |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 571-6600 |
| jblumenfeld@morrisnichols.com | apoff@ycst.com |
| jtigan@morrisnichols.com | rvrana@ycst.com |
| *Attorneys for Plaintiffs EPI Health, LLC and Allergan, Inc.* | *Attorneys for Defendant Taro Pharmaceuticals, Inc.* |

May 21, 2021

IT IS SO ORDERED this __24th__ day of __May__, 2021.

_____
The Honorable Colm F. Connolly